**No. 61590.**—I. C. Harris & Company *v.* United States, protest 301423–K (Detroit).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of wearing apparel in chief value of metal threads, the claim of the plaintiffs was sustained.